THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08-cr-00016-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MATTHEW JAMES DURY. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Challenge Jurisdiction" [Doc. 32].

In his Motion, the Defendant argues that the statute under which he was sentenced, 18 U.S.C. § 3553(a), applies only to offenses that occur within the District of Columbia, and as such, his conviction is void. The Defendant's argument is patently frivolous, and therefore his motion will be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Challenge Jurisdiction" [Doc. 32] is **DENIED**.

**IT IS SO ORDERED.**

Signed: January 24, 2013

Martin Reidinger
United States District Judge